UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

DEVINE LOVE                                                                                           PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:20-cv-807-DCB-JCG

UNITED STATES POSTAL SERVICES                                                DEFENDANT

<u>Order Adopting Report and Recommendation</u>

This matter is before the Court on Magistrate John C. Gargiulo's Report and Recommendation [ECF No. 8], to which no objections have been filed by the Plaintiff. Judge Gargiulo recommends Plaintiff's Motion to Proceed In Forma Pauperis [ECF No. 2] be denied and this case dismissed as duplicative of pending action, <u>Love v. United States Postal Service</u>, 3:20-cv-00786-DCB-JCG (S.D. Miss. filed Dec. 2020). Having carefully reviewed the record, the Court finds that Judge Gargiulo's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge John C. Gargiulo's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. Plaintiff's Motion to Proceed Informa Pauperis is denied [ECF No. 2]. This action is hereby

DISMISSED without prejudice as to Plaintiff's prosecution of <u>Love v. United States Postal Service</u>, 3:20-cv-00786-DCB-JCG (S.D. Miss. filed Dec. 2020).

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 15th day of July, 2021.

/s/ David Bramlette
UNITED STATES DISTRICT COURT